DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTINE DUHAIME,**
Appellant,

v.

**RENEE BUSH** and **ANNA KRUGER,**
Appellees.

No. 4D17-2630

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 15-8411 (09).

Jonathan M. Drucker of Trescott & Drucker, P.L., Coral Gables, for appellant.

Marc E. Rosenthal, Paul David Edwards and Casey Ryan Cummings of Rosenberg Cummings & Edwards PLLC, Fort Lauderdale, for appellee Renee Bush.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***